DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDDIE L. MALAVE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2795

[January 15, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2016-CF-012168-AXXX-MB.

Freddie L. Malave, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State*, 159 So. 3d 361 (Fla. 4th DCA 2015).

WARNER, MAY and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***